**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGELICA RANGE,
on behalf of A.R.,

     Plaintiff,

v.                                                    Case No. 8:20-cv-2421-TPB-AAS

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda Arnold Sansone, United States Magistrate Judge, entered on November 20, 2023. (Doc. 21).   Judge Sansone recommends that Plaintiff's unopposed "Motion for Award of Attorney's" (Doc. 20) be granted.   Judge Sansone specifically recommends that Plaintiff be awarded $903.01 in attorney's fees.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation.   Consequently, Plaintiff's motion for attorney's fees is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     Judge Sansone's report and recommendation (Doc. 21) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     Plaintiff's unopposed "Motion for Award of Attorney's Fees" (Doc. 20) is hereby **GRANTED**.   Plaintiff is awarded $903.01 in attorney's fees.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of December, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**